UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Newark Vicinage

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ 07424
(973)200-0988
Attorney for Debtors

**Order Filed on August 25, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

**DANIEL T. MAZZO
MARY ELLEN MAZZO**

Debtors

Case No.: 17-25381-JKS

Chapter 13

Hearing Date: August 24, 2017 @ 11:00 a.m.

Judge: John K. Sherwood

## ORDER EXTENDING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 25, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtors:  Daniel T. Mazzo and Mary Ellen Mazzo

Case No.: 17-25381-JKS

Caption of Order: **ORDER EXTENDING AUTOMATIC STAY**

_____

  THIS MATTER having come before the Court on the Motion for Debtor's Counsel to extend time for the automatic stay, and the Court having considered the motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby:

  **IT IS ORDERED AND ADJUDGED THAT:**

1. The automatic stay in this matter is hereby extended and will be in full force and effect until the time this case is closed and/or dismissed or converted to different chapter of the Bankruptcy Code.

2. The extended automatic stay is hereby extended and will be in full force and effect as to all creditors.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-25381-JKS
Daniel T. Mazzo                                                        Chapter 13
Mary Ellen Mazzo
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 25, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
db/jdb         +Daniel T. Mazzo,   Mary Ellen Mazzo,   124 Watervliet Avenue,   Pompton Lakes, NJ 07442-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Home Bridge Financial Services, Inc.
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Ralph A Ferro, Jr    on behalf of Joint Debtor Mary Ellen  Mazzo ralphferrojr@msn.com
          Ralph A Ferro, Jr    on behalf of Debtor Daniel T. Mazzo ralphferrojr@msn.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5