UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on March 28, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtors
Daniel T. Mazzo
Mary Ellen Mazzo

_____

| | |
|---|---|
| In Re: | ) Case No.:  17-25381 (JKS) |
| | ) |
| | ) Chapter:  13 |
| **Daniel T. Mazzo** | ) |
| **Mary Ellen Mazzo** | ) |
| | ) Judge:  John K. Sherwood |
| | ) |
| | ) |
| _____Debtors_____ | ) |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the follo

**DATED: March 28, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

**Case No.: 17-25381 (JKS)**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$2,502.50** for services rendered and expenses in the amount of **$121.90** for a total of **$2,624.40**  The allowance shall be payable:

   **X**      through the Chapter 13 Plan as an administrative priority.

   **X**      Plan Payments will increase.

- The Debtors' current monthly Plan payments are $760.00
- Plan payments will increase to $810.00 beginning March 1, 2018