Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−25381−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Daniel T. Mazzo                               Mary Ellen Mazzo
  124 Watervliet Avenue                 124 Watervliet Avenue
  Pompton Lakes, NJ 07442            Pompton Lakes, NJ 07442

Social Security No.:
  xxx−xx−2985                                    xxx−xx−2765

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      7/12/18
Time:     11:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Ralph A Ferro Jr, Debtor's Attorney

COMMISSION OR FEES
$2,112.50

EXPENSES
$17.40

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: May 31, 2018
JAN:

                                                          Jeanne Naughton
                                                          Clerk

```
                         United States Bankruptcy Court
                             District of New Jersey
In re:                                                              Case No. 17-25381-JKS
Daniel T. Mazzo                                                     Chapter 13
Mary Ellen Mazzo
           Debtors                CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                   Page 1 of 2                   Date Rcvd: May 31, 2018
                              Form ID: 137                  Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2018.
db/jdb         +Daniel T. Mazzo,    Mary Ellen Mazzo,    124 Watervliet Avenue,    Pompton Lakes, NJ 07442-1932
516972889      +Account Resolution Serv,    1643 Harrison Pkwy,    Suite 100,    Sunrise, FL 33323-2857
517115010       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516972890      +American Express Bank, FSB,    4315 South 2700 West,    Salt Lake City, UT 84184-0002
516972891       Associated Retinal Consultants LLC,    1000 Galloping Hill Road,    3rd Floor Ste 305,
                 Union, NJ 07083-7989
516972892      +Bergen Federal Credit Union,    11 H Brookside Heights,    Wanaque, NJ 07465-1622
516972893      +Best Buy/CBNA,    Box 6497,    Sioux Falls, SD 57117-6497
517173905       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516972895       Chase Auto Finance,    Box 901003,    Fort Worth, TX 76101-2003
516972896      +Chase Bank, NA,    200 White Clay Center Drive,    Newark, DE 19711-5466
516972897      +Chilton Memorial Hospital,    97 West Parkway,    Pompton Plains, NJ 07444-1696
516972898      +Citicards CBNA,    701 E. 60th Street N,    Sioux Falls, SD 57104-0432
516972899      +Comenity Bank,    One Righter Pkwy,    Suite 100,    Wilmington, DE 19803-1533
516972900      +DSNB Macy’s,    Box 8218,    Mason, OH 45040-8218
516972902      +Emergency Phys Assoc N NJ,    Box 740021,    Cincinnati, OH 45274-0021
516972903      +George Pavlou, MD,    1130 McBride Avenue,    Woodland Park, NJ 07424-3801
516972906      +HRRG,    Box 459080,    Sunrise, FL 33345-9080
516972904      +Home Depot,    Box 6497,    Sioux Falls, SD 57117-6497
517234876      +HomeBridge Financial Services, Inc,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517079199       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
516972907      +KML Law Group, P.C.,    216 Haddon Avenue,    Ste 406,    Collingswood, NJ 08108-2812
516972909      +Macy’s,    9111 Duke Blvd,    Mason, OH 45040-8999
516972910      +Prosper Funding LLC,    221 Main Street,    Suite 300,    San Francisco, CA 94105-1909
516972911      +Quantum 3 Group, LLC,    Box 657,    Kirkland, WA 98083-0657
516972912      +Richard W. Krieg, LLC,    17 Prospect Street,    Morristown, NJ 07960-6862
516972914     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of NJ Div of Taxation,    Box 245,    Trenton, NJ 08695)
516972913      +St. Josephs Wayne Hospital,    224 Hamburg Tpke,    Wayne, NJ 07470-2124
517013641      +VNB Loan Services Inc,    a subsidiary of Valley National Bank,    747 Chestnut Ridge Rd.,
                 Chestnut Ridge, NY 10977-6224
516972917      +Valley National Bank,    Box 953,    Wayne, NJ 07474-0953
517116275       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
516972918      +Wells Fargo Bank, NA,    101 N. Phillips Avenue,    Sioux Falls, SD 57104-6714
516972901       eCast Settlement Corp,    Box 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 31 2018 23:56:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2018 23:56:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2018 00:01:03
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516972894      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 01 2018 00:01:41      Capital One Bank,
                 4851 Cox Road,    Glen Allen, VA 23060-6293
516972899      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 31 2018 23:55:35      Comenity Bank,
                 One Righter Pkwy,    Suite 100,    Wilmington, DE 19803-1533
516972905      +E-mail/Text: Bankruptcy@homebridge.com May 31 2018 23:56:56
                 HomeBridge Financial Services, Inc.,    194 Wood Avenue South,    9th Floor,
                 Iselin, NJ 08830-2761
516972908      +E-mail/Text: bnckohlsnotices@becket-lee.com May 31 2018 23:54:57      Kohl’s/Capone,    Box 3115,
                 Milwaukee, WI 53201-3115
517173988      +E-mail/Text: bankruptcydpt@mcmcg.com May 31 2018 23:56:00      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
517101144       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2018 00:01:07
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,    Norfolk VA 23541
517108018       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2018 00:00:32
                 Portfolio Recovery Associates, LLC,    c/o JC Penney Credit Card,    POB 41067,
                 Norfolk VA 23541
517221450      +E-mail/Text: bncmail@w-legal.com May 31 2018 23:56:11      Prosper Marketplace Inc.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517162128       E-mail/Text: bnc-quantum@quantum3group.com May 31 2018 23:55:52
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
516978861      +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2018 00:01:40      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516972915       E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2018 00:01:40      Synchrony Bank/ Care Credit,
                 Box 960061,    Orlando, FL 32896-0061
```

```
District/off: 0312-2          User: admin               Page 2 of 2                    Date Rcvd: May 31, 2018
                              Form ID: 137              Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
516972916        +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2018 00:01:41      Synchrony Bank/JCP,    Box 965007,
                  Orlando, FL 32896-5007
                                                                                                 TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517136951*       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
                                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Home Bridge Financial Services, Inc.
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Ralph A Ferro, Jr    on behalf of Joint Debtor Mary Ellen  Mazzo ralphferrojr@msn.com
              Ralph A Ferro, Jr    on behalf of Debtor Daniel T. Mazzo ralphferrojr@msn.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5