UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Order Filed on July 18, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtors
Daniel T. Mazzo
Mary Ellen Mazzo

_____

| In Re: | ) | Case No.:  17-26381 (JKS) |
|---|---|---|
|  | ) |  |
|  | ) | Chapter:  13 |
| **Daniel T. Mazzo** | ) |  |
| **Mary Ellen Mazzo** | ) |  |
|  | ) | Judge:  John K. Sherwood |
|  | ) |  |
|  | ) |  |
| _____ Debtors _____ | ) |  |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the follo

**DATED: July 18, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

1

Case No.:  17-26381 (JKS)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$2,112.50** for services rendered and expenses in the amount of **$17.40** for a total of **$2,129.90**  The allowance shall be payable:

  **X**    through the Chapter 13 Plan as an administrative priority.

  **X**    Plan Payments will increase.

- The sum of $40,320.00 paid over the first seven (7) months and then $802.00 for a period of 53 months.

- Plan payments will increase to $847.00 beginning August 1, 2018.