**UNITED STATES BANKRUPTCY**
**DISTRICT OF NEW JERSEY**
NEWARK VICINAGE

Order Filed on July 18, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtors
Daniel T. Mazzo
Mary Ellen Mazzo

_____

| | |
|---|---|
| In Re: ) | Case No.:  17-26381 (JKS) |
| ) | |
| ) | Chapter:  13 |
| **Daniel T. Mazzo** ) | |
| **Mary Ellen Mazzo** ) | |
| ) | Judge:  John K. Sherwood |
| ) | |
| ) | |
| _____Debtors____) | |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the follo

**DATED: July 18, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

1

**Case No.:  17-26381 (JKS)**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$2,112.50** for services rendered and expenses in the amount of **$17.40** for a total of **$2,129.90**  The allowance shall be payable:

  **X**    through the Chapter 13 Plan as an administrative priority.

  **X**    Plan Payments will increase.

- The sum of $40,320.00 paid over the first seven (7) months and then $802.00 for a period of 53 months.

- Plan payments will increase to $847.00 beginning August 1, 2018.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel T. Mazzo  
Mary Ellen Mazzo  
    Debtors

Case No. 17-25381-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 18, 2018  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2018.  
db/jdb          +Daniel T. Mazzo,    Mary Ellen Mazzo,    124 Watervliet Avenue,    Pompton Lakes, NJ 07442-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2018 at the address(es) listed below:  
      Denise E. Carlon    on behalf of Creditor   Home Bridge Financial Services, Inc.  
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      Ralph A Ferro, Jr    on behalf of Joint Debtor Mary Ellen  Mazzo ralphferrojr@msn.com  
      Ralph A Ferro, Jr    on behalf of Debtor Daniel T. Mazzo ralphferrojr@msn.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                          TOTAL: 5