UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
**RAS Crane LLC**
Attorneys for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)

Sindi Mncina, Esq. (237862017)

In Re:

**Daniel T. Mazzo**

and

**Mary Ellen Mazzo**

Order Filed on September 16, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.:        17-25381

Hearing Date: September 12, 2019

Chapter:         13

Judge:           John K. Sherwood

Recommended Local Form:        ☒ Followed        ☐ Modified

# ORDER VACATING STAY and CO-DEBTOR STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: September 16, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page **2**
Debtors:   Daniel T. Mazzo and Mary Ellen Mazzo
Case No.:   17-25381
Caption of Order:   **Order Vacating Stay and Co-Debtor Stay**

---

Upon the motion of JPMorgan Chase Bank, N.A., ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property and Co-Debtor Stay pursuant to 11 U.S.C § 1301 as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

   Real property more fully described as:

☒ Personal property more fully described as:

   2016 Mazda Mazda6
   VIN Number: JM1GJ1W56G1412562

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay under 11 U.S.C. 1301 is vacated.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.