Order Filed on September 16, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Crane LLC**
Attorneys for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)

Sindi Mncina, Esq. (237862017)

In Re:

**Daniel T. Mazzo**

**and**

**Mary Ellen Mazzo**

| | |
|---|---|
| Case No.: | 17-25381 |
| Hearing Date: | September 12, 2019 |
| Chapter: | 13 |
| Judge: | John K. Sherwood |

Recommended Local Form: ☑ Followed ❑ Modified

## ORDER VACATING STAY and CO-DEBTOR STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: September 16, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

---

Upon the motion of JPMorgan Chase Bank, N.A., ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property and Co-Debtor Stay pursuant to 11 U.S.C § 1301 as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

Real property more fully described as:

☒ Personal property more fully described as:

2016 Mazda Mazda6
VIN Number: JM1GJ1W56G1412562

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay under 11 U.S.C. 1301 is vacated.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Daniel T. Mazzo
Mary Ellen Mazzo
Debtors

Case No. 17-25381-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 1 Date Rcvd: Sep 16, 2019
Form ID: pdf903 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2019.
db/jdb +Daniel T. Mazzo, Mary Ellen Mazzo, 124 Watervliet Avenue, Pompton Lakes, NJ 07442-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2019 at the address(es) listed below:
Denise E. Carlon on behalf of Creditor Home Bridge Financial Services, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
Marie-Ann Greenberg magecf@magtrustee.com
Ralph A Ferro, Jr on behalf of Joint Debtor Mary Ellen Mazzo ralphferrojr@msn.com
Ralph A Ferro, Jr on behalf of Debtor Daniel T. Mazzo ralphferrojr@msn.com
Rebecca Ann Solarz on behalf of Creditor Home Bridge Financial Services, Inc. rsolarz@kmllawgroup.com
Sindi Mncina on behalf of Creditor JPMORGAN CHASE BANK, N.A. smncina@rascrane.com
U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov
TOTAL: 7