Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.: 17−25381−JKS
      Chapter: 13
      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Daniel T. Mazzo                                  Mary Ellen Mazzo
   124 Watervliet Avenue                        124 Watervliet Avenue
   Pompton Lakes, NJ 07442                 Pompton Lakes, NJ 07442

Social Security No.:
   xxx−xx−2985                                          xxx−xx−2765

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 12/12/19 at 10:00 AM

to consider and act upon the following:

*42* − Application for Compensation for Ralph A Ferro Jr, Debtor's Attorney, period: 8/19/2019 to 10/27/2019, fee: $445.00, expenses: $5.90. Filed by Ralph A Ferro Jr. Objection deadline is 11/4/2019. (Attachments: # 1 Certification of Ralph A. Ferro, Jr. # 2 Exhibit A # 3 Exhibit B # 4 Proposed Order # 5 Certificate of Service) (Ferro, Ralph)

*43* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:42 Application for Compensation for Ralph A Ferro Jr, Debtor's Attorney, period: 8/19/2019 to 10/27/2019, fee: $445.00, expenses: $5.90. Filed by Ralph A Ferro Jr. Objection deadline is 11/4/2019. (Attachments: # 1 Certification of Ralph A. Ferro, Jr. # 2 Exhibit A # 3 Exhibit B # 4 Proposed Order # 5 Certificate of Service) filed by Debtor Daniel T. Mazzo, Joint Debtor Mary Ellen Mazzo) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/28/19

                                                                          Jeanne Naughton
                                                                          Clerk, U.S. Bankruptcy Court