Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−25381−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daniel T. Mazzo
124 Watervliet Avenue
Pompton Lakes, NJ 07442

Mary Ellen Mazzo
124 Watervliet Avenue
Pompton Lakes, NJ 07442

Social Security No.:
xxx−xx−2985                                    xxx−xx−2765

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 12/12/19 at 10:00 AM

to consider and act upon the following:

*42* − Application for Compensation for Ralph A Ferro Jr, Debtor's Attorney, period: 8/19/2019 to 10/27/2019, fee: $445.00, expenses: $5.90. Filed by Ralph A Ferro Jr. Objection deadline is 11/4/2019. (Attachments: # 1 Certification of Ralph A. Ferro, Jr. # 2 Exhibit A # 3 Exhibit B # 4 Proposed Order # 5 Certificate of Service) (Ferro, Ralph)

*43* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:42 Application for Compensation for Ralph A Ferro Jr, Debtor's Attorney, period: 8/19/2019 to 10/27/2019, fee: $445.00, expenses: $5.90. Filed by Ralph A Ferro Jr. Objection deadline is 11/4/2019. (Attachments: # 1 Certification of Ralph A. Ferro, Jr. # 2 Exhibit A # 3 Exhibit B # 4 Proposed Order # 5 Certificate of Service) filed by Debtor Daniel T. Mazzo, Joint Debtor Mary Ellen Mazzo) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/28/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel T. Mazzo  
Mary Ellen Mazzo  
    Debtors

Case No. 17-25381-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 28, 2019  
                      Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.  
db/jdb        +Daniel T. Mazzo,    Mary Ellen Mazzo,    124 Watervliet Avenue,    Pompton Lakes, NJ 07442-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 00:32:36  
            Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021  
                                                                                                                      TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    Home Bridge Financial Services, Inc.  
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Ralph A Ferro, Jr    on behalf of Debtor Daniel T. Mazzo ralphferrojr@msn.com  
        Ralph A Ferro, Jr    on behalf of Joint Debtor Mary Ellen Mazzo ralphferrojr@msn.com  
        Rebecca Ann Solarz    on behalf of Creditor    Home Bridge Financial Services, Inc.  
         rsolarz@kmllawgroup.com  
        Sindi Mncina    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. smncina@rascrane.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                  TOTAL: 7