## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Order Filed on December 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtors
Daniel T. Mazzo
Mary Ellen Mazzo

_____

| In Re: | ) | Case No.: 17-25381 (JKS) |
|---|---|---|
|  | ) |  |
|  | ) | Chapter:  13 |
| **Daniel T. Mazzo** | ) |  |
| **Mary Ellen Mazzo** | ) |  |
|  | ) | Judge:  John K. Sherwood |
|  | ) |  |
|  | ) | Hearing Date:  12/12/19  10:00 am |
| Debtors | ) |  |

### REVISED
### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 18, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Case No.: 17-25381 (JKS)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$445.00** for services rendered and expenses in the amount of **$5.90** for a total of **$450.90**  The allowance shall be payable:

__X__    through the Chapter 13 Plan as an administrative priority.

__X__    Plan Payments will increase.

- Current Plan payments are $847.00

- Beginning December 1, 2019, Plan payments will increase to $861.00

2