# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

Order Filed on December 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtors
Daniel T. Mazzo
Mary Ellen Mazzo

_____

| | |
|---|---|
| In Re: | ) Case No.: 17-25381 (JKS) |
| | ) |
| | ) Chapter: 13 |
| **Daniel T. Mazzo** | ) |
| **Mary Ellen Mazzo** | ) |
| | ) Judge: John K. Sherwood |
| | ) |
| | ) Hearing Date: 12/12/19 10:00 am |
| _____ Debtors | ) |

## REVISED
## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

2019

DATED: December 18,

Honorable John K. Sherwood
United States Bankruptcy Court

**Case No.:  17-25381 (JKS)**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$445.00** for services rendered and expenses in the amount of **$5.90** for a total of **$450.90** The allowance shall be payable:

   **X**     through the Chapter 13 Plan as an administrative priority.

   **X**     Plan Payments will increase.

- Current Plan payments are $847.00

- Beginning December 1, 2019, Plan payments will increase to $861.00

2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-25381-JKS
Daniel T. Mazzo                                                 Chapter 13
Mary Ellen Mazzo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Dec 19, 2019
                             Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db/jdb        +Daniel T. Mazzo,   Mary Ellen Mazzo,   124 Watervliet Avenue,   Pompton Lakes, NJ 07442-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Home Bridge Financial Services, Inc.
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Ralph A Ferro, Jr   on behalf of Joint Debtor Mary Ellen  Mazzo ralphferrojr@msn.com
          Ralph A Ferro, Jr   on behalf of Debtor Daniel T. Mazzo ralphferrojr@msn.com
          Rebecca Ann Solarz   on behalf of Creditor   Home Bridge Financial Services, Inc.
           rsolarz@kmllawgroup.com
          Sindi Mncina   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. smncina@rascrane.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 7