Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17−25381−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Daniel T. Mazzo | Mary Ellen Mazzo |
| 124 Watervliet Avenue | 124 Watervliet Avenue |
| Pompton Lakes, NJ 07442 | Pompton Lakes, NJ 07442 |

Social Security No.:
  xxx−xx−2985                                  xxx−xx−2765

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on December 16, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 17, 2020
JAN: zlh

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 17-25381-JKS
Daniel T. Mazzo   Chapter 13
Mary Ellen Mazzo
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Dec 17, 2020     Form ID: 148     Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel T. Mazzo, Mary Ellen Mazzo, 124 Watervliet Avenue, Pompton Lakes, NJ 07442-1932 |
| 516972889 | + | Account Resolution Serv, 1643 Harrison Pkwy, Suite 100, Sunrise, FL 33323-2857 |
| 516972891 | | Associated Retinal Consultants LLC, 1000 Galloping Hill Road, 3rd Floor Ste 305, Union, NJ 07083-7989 |
| 516972892 | + | Bergen Federal Credit Union, 11 H Brookside Heights, Wanaque, NJ 07465-1622 |
| 516972895 | | Chase Auto Finance, Box 901003, Fort Worth, TX 76101-2003 |
| 516972897 | + | Chilton Memorial Hospital, 97 West Parkway, Pompton Plains, NJ 07444-1696 |
| 516972902 | + | Emergency Phys Assoc N NJ, Box 740021, Cincinnati, OH 45274-0021 |
| 516972903 | + | George Pavlou, MD, 1130 McBride Avenue, Woodland Park, NJ 07424-3801 |
| 516972906 | + | HRRG, Box 459080, Sunrise, FL 33345-9080 |
| 517234876 | + | HomeBridge Financial Services, Inc, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 516972907 | #+ | KML Law Group, P.C., 216 Haddon Avenue, Ste 406, Collingswood, NJ 08108-2812 |
| 517937846 | + | New Penn Financial, LLC, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517885307 | | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517885308 | | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675, New Penn Financial, LLC d/b/a Shellpoint, P.O. Box 10675 Greenville, SC 29603-0675 |
| 516972912 | + | Richard W. Krieg, LLC, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 516972914 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 516972913 | + | St. Josephs Wayne Hospital, 224 Hamburg Tpke, Wayne, NJ 07470-2124 |
| 517013641 | + | Valley National Bank, a subsidiary of Valley National Bank, 1445 Valley Road, 2nd Floor, Wayne, NJ 07470-8438 |
| 516972917 | + | Valley National Bank, Box 953, Wayne, NJ 07474-0953 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 17 2020 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 17 2020 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Dec 18 2020 02:13:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517115010 | | EDI: BECKLEE.COM | Dec 18 2020 02:13:00 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516972890 | + | EDI: AMEREXPR.COM | Dec 18 2020 02:13:00 | American Express Bank, FSB, 4315 South 2700 West, Salt Lake City, UT 84184-0002 |
| 516972893 | + | EDI: CITICORP.COM | Dec 18 2020 02:13:00 | Best Buy/CBNA, Box 6497, Sioux Falls, SD 57117-6497 |

Case 17-25381-JKS    Doc 53    Filed 12/19/20    Entered 12/20/20 00:19:51    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2020 | Form ID: 148 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 516972894 | + | EDI: CAPITALONE.COM | Dec 18 2020 02:13:00 | Capital One Bank, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 517173905 | | EDI: BL-BECKET.COM | Dec 18 2020 02:18:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516972898 | + | EDI: CITICORP.COM | Dec 18 2020 02:13:00 | Citicards CBNA, 701 E. 60th Street N, Sioux Falls, SD 57104-0432 |
| 516972899 | + | EDI: WFNNB.COM | Dec 18 2020 02:18:00 | Comenity Bank, One Righter Pkwy, Suite 100, Wilmington, DE 19803-1533 |
| 516972900 | | EDI: CITICORP.COM | Dec 18 2020 02:13:00 | DSNB Macy's, Box 8218, Mason, OH 45050 |
| 516972909 | | EDI: CITICORP.COM | Dec 18 2020 02:13:00 | Macy's, 9111 Duke Blvd, Mason, OH 45040 |
| 516972904 | + | EDI: CITICORP.COM | Dec 18 2020 02:13:00 | Home Depot, Box 6497, Sioux Falls, SD 57117-6497 |
| 516972905 | + | Email/Text: Bankruptcy@homebridge.com | Dec 17 2020 21:47:00 | HomeBridge Financial Services, Inc., 194 Wood Avenue South, 9th Floor, Iselin, NJ 08830-2761 |
| 516972896 | | EDI: JPMORGANCHASE | Dec 18 2020 02:13:00 | Chase Bank, NA, 200 White Clay Center Drive, Newark, DE 19711 |
| 517079199 | | EDI: JPMORGANCHASE | Dec 18 2020 02:13:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. BOX 901032, Ft. Worth, TX 76101-2032 |
| 516972908 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 17 2020 21:44:00 | Kohl's/Capone, Box 3115, Milwaukee, WI 53201-3115 |
| 517173988 | + | EDI: MID8.COM | Dec 18 2020 02:18:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 517101144 | | EDI: PRA.COM | Dec 18 2020 02:18:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 517108018 | | EDI: PRA.COM | Dec 18 2020 02:18:00 | Portfolio Recovery Associates, LLC, c/o JC Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 516972910 | + | Email/Text: bankruptcy@prosper.com | Dec 17 2020 21:46:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 517221450 | + | Email/Text: bncmail@w-legal.com | Dec 17 2020 21:46:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516972911 | + | EDI: Q3G.COM | Dec 18 2020 02:18:00 | Quantum 3 Group, LLC, Box 657, Kirkland, WA 98083-0657 |
| 517162128 | | EDI: Q3G.COM | Dec 18 2020 02:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516978861 | + | EDI: RMSC.COM | Dec 18 2020 02:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516972915 | | EDI: RMSC.COM | Dec 18 2020 02:13:00 | Synchrony Bank/ Care Credit, Box 960061, Orlando, FL 32896-0061 |
| 516972916 | + | EDI: RMSC.COM | Dec 18 2020 02:13:00 | Synchrony Bank/JCP, Box 965007, Orlando, FL 32896-5007 |
| 517116275 | | EDI: WFFC.COM | Dec 18 2020 02:18:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516972918 | + | EDI: WFFC.COM | Dec 18 2020 02:18:00 | Wells Fargo Bank, NA, 101 N. Phillips Avenue, Sioux Falls, SD 57104-6714 |
| 516972901 | | EDI: ECAST.COM | Dec 18 2020 02:13:00 | eCast Settlement Corp, Box 29262, New York, NY 10087-9262 |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 17, 2020 | Form ID: 148 | Total Noticed: 49
TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517937847 | | New Penn Financial, LLC, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, New Penn Financial, LLC, Shellpoint Mortgage Servicing |
| 517136951 | * | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Home Bridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Mary Ellen Mazzo ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Debtor Daniel T. Mazzo ralphferrojr@msn.com |
| Rebecca Ann Solarz | on behalf of Creditor Home Bridge Financial Services  Inc. rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@rascrane.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7